IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM WADE PARSONS,** | CIV-S-05-0006 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **M.A. KNOWLES (Warden),** | |
| Respondent. | |

Respondent has requested a fifteen (15) day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner and on July 14, 2005, filed a motion to dismiss.

GOOD CAUSE APPEARING, respondent's request for an extension of time is granted nunc pro tunc.

DATED: July 14, 2005.

_____
UNITED STATES MAGISTRATE JUDGE