IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM WADE PARSONS,

    Petitioner,               No. CIV S-05-0006 LKK KJM P

    vs.

M.A. KNOWLES (Warden),

    Respondent.             ORDER

_____/

    Petitioner has requested an extension of time to file and serve an opposition to respondent's July 14, 2005 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's August 4, 2005 application for an extension of time is granted; and

    2. Petitioner shall file and serve an opposition to respondent's July 14, 2005 motion to dismiss on or before September 19, 2005.

DATED: August 10, 2005.

                                                                        UNITED STATES MAGISTRATE JUDGE

/kf
pars0006.111