IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ADAM WADE PARSONS,**

                    Petitioner,

    v.

**M.A. KNOWLES, Warden,**

                    Respondent.

CIV-S-05-0006 LKK KJM P

**ORDER**

Respondent has requested a thirty (30) day extension of time in which to file a response to the opposition to Respondent motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including November 3, 2005, in which to file a response to the opposition to motion to dismiss.

DATED: October 5, 2005.

                                      UNITED STATES MAGISTRATE JUDGE