IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM WADE PARSONS,

    Petitioner,               No. CIV S-05-0006 LKK KJM P

    vs.

TOM CAREY, Warden,

    Respondent.          <u>ORDER</u>

                                /

        Petitioner has requested an extension of time to file and serve objections to the March 8, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 23, 2006 application for an extension of time is granted; and

        2. Petitioner shall file and serve objections to the March 8, 2006 findings and recommendations on or before April 25, 2006.

DATED: April 3, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

/mp pars0006.111