1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ADAM WADE PARSONS,

11            Petitioner,                    No. CIV S-05-0006 LKK KJM P

12        vs.

13   TOM CAREY, Warden,

14            Respondent.                    ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On March 8, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fifteen days.  Petitioner

22   has filed objections to the findings and recommendations.

23            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations filed March 8, 2006, are adopted in full;

3   and

4          2.  Respondent's motion to dismiss is granted.

5   DATED:   June 21, 2006.

6

7
                                    _____
                                    UNITED STATES DISTRICT JUDGE
8   /pars0006.805hc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2